# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **AHMED R. MORNING** | **CIVIL ACTION NO. 24-0156** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **ASSISTANT WARDEN NAIL** | **MAGISTRATE JUDGE MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Ahmed R. Morning's Motion for Preliminary Injunction (Record Document 1), is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 24th day of July, 2024.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE